# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR MONIQUE VAN POOL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON KENAN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 07-1224-GW (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus are denied and this action is dismissed with prejudice.

DATED: January 22, 2010

　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE